UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, : | |
| : | Civil Action No: 22-CV-2689 |
| Plaintiff, : | |
| : | |
| -against- : | |
| : | |
| UNIVERSITY OF PENNSYLVANIA, : | |
| : | |
| Defendant. : | |

NOTICE OF APPEAL TO THE
U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

Notice is hereby given that Plaintiff Jane Doe, hereby appeals to the United States Court of Appeals for the Third Circuit from the March 23, 2023, Electronic Order (Dkt. 20) denying Plaintiff Jane Doe's Motion to Proceed Under Pseudonym. Plaintiff files this Notice for Interlocutory Appeal pursuant to the collateral order doctrine. *Doe v. Coll. of New Jersey,* 997 F.3d 489, 494 (3d Cir. 2021).

By this interlocutory appeal, Plaintiff requests that this court reverse the circuit court's order of March 23, 2023, and grant Plaintiff's Motion to Proceed Under Pseudonym.

Respectfully submitted on this 3rd day of April, 2023.

**Respectfully submitted,**

**Nesenoff & Miltenberg LLP**
**By: /s/ *Andrew T. Milternberg***
**Andrew T. Miltenberg, Esq.**
**Stuart Bernstein, Esq.**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
**amiltenberg@nmllplaw.com**
**sbernstein@nmllplaw.com**


**Summers, McDonnell, Hudock, Guthrie & Rauch, P.C.**
**By: */s/Kevin Rauch, Esq.***
**Kevin Rauch, Esq.**
**Carrie McConnell, Esq.**
**945 East Park Drive, Suite 201**
**Harrisburg, Pennsylvania 17111**
**717-901-5916 (telephone)**
**krauch@summersmcdonnell.com**
**cmcconnell@summersmcdonnell.com**

## **CERTIFICATE OF SERVICE**

    This document was served electronically upon all counsel of record by filing through the ECF system on April 3, 2023.

                                              ***/s/ Andrew T. Miltenberg***
                                              Andrew T. Miltenberg, Esq.