UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-1613
_____

JANE DOE,

       Appellant

v.

UNIVERSITY OF PENNSYLVANIA

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-22-cv-02689)
District Judge: Honorable Cynthia M. Rufe

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
May 6, 2024

Before: PORTER, MONTGOMERY-REEVES, and ROTH, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted on May 6, 2024.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the order of the District Court entered on March 23, 2023, is hereby AFFIRMED. Costs will be taxed against the Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia Dodszuweit
Clerk

Dated: May 24, 2024

Certified as a true copy and issued in lieu
of a formal mandate on _____06/17/24_____

Teste: *Patricia A. Dodszuweit*