IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE<br><br>                **Plaintiff,**<br><br>   v.<br><br>UNIVERSITY OF PENNSYLVANIA<br>                **Defendant.** | CIVIL ACTION NO. 22-2689 |

**ORDER**

**AND NOW,** this 17th day of June 2024, this action having been stayed pending Plaintiff's appeal,[1] and pursuant to the mandate issued by the United States Court of Appeals for the Third Circuit[2] that affirmed this Court's Order,[3] it is hereby **ORDERED** that on or before **July 1, 2024**, Plaintiff Jane Doe, through counsel, shall file a statement regarding whether she wishes to proceed in this case without anonymity.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] Order, April 11, 2023 [Doc. No. 26].

[2] Mandate of Ct. Appeals [Doc. No. 27].

[3] Order, Mar. 23, 2023 [Doc. No. 20].