IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF PENNSYLVANIA<br><br>　　　　　　Defendant. | CIVIL ACTION NO. 22-2689 |

### ORDER

**AND NOW,** this 18th day of June 2024, this action having been stayed pending Plaintiff's appeal,[1] and pursuant to the mandate issued by the United States Court of Appeals for the Third Circuit,[2] it is hereby **ORDERED** that the Clerk of Court is directed to **REMOVE** the stay of proceedings and return this case to the active docket.

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**

---

[1] Order, April 11, 2023 [Doc. No. 26].

[2] Mandate of Ct. Appeals [Doc. No. 27].