### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARINI REDDY**<br>                    **Plaintiff,**<br>  v.<br>**UNIVERSITY OF PENNSYLVANIA**<br>                    **Defendant.** | **CIVIL ACTION NO. 22-2689** |

## ORDER

**AND NOW,** this 2nd day of July 2024, upon consideration of Plaintiff Harini Reddy's Complaint and Jury Demand [Doc. No. 30], which appears essentially identical to the initial Complaint in this case except for the replacement of "Jane Doe" with Plaintiff's name, it is hereby **ORDERED** that, unless objected to by any party, the Court shall **DISMISS** the original Complaint [Doc. No. 1] and decide Defendant's Motion to Dismiss [Doc. No. 16] based on the briefings. Any objections must be filed no later than **July 10, 2024**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**