IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARINI REDDY<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PENNSYLVANIA<br><br>    Defendant. | CIVIL ACTION NO. 22-2689 |

# ORDER

**AND NOW,** this 22nd day of August 2024, upon consideration of Defendant's Motion to Dismiss [Doc. No. 16] and the response and reply thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** in part and **DENIED** in part, as follows:

1. All breach of contract claims based on the University of Pennsylvania Policy Against Retaliation are **DISMISSED without prejudice**.

2. All breach of contract claims based on Sections II.A.3, II.A.4, and II.F.5.3 of the Charter of the University of Pennsylvania Student Disciplinary System (the "Charter") are **DISMISSED without prejudice**.

3. All breach of contract claims predicated on race and/or sex discrimination, including retaliation for engaging in a protected activity, are **DISMISSED without prejudice**.

4. Plaintiff's retaliation claim under Title VI of the Civil Rights Act, and breach of contract claim under the provisions of the Charter not specified herein, remain.

5. Plaintiff may file an amended complaint no later than **September 23, 2024**. If Plaintiff does not file an amended complaint, Defendant shall file an answer to the remaining claims no later than **October 14, 2024**.

It is so **ORDERED**.

                                            **BY THE COURT:**

                                            /s/ Cynthia M. Rufe

                                            _____

                                            **CYNTHIA M. RUFE, J.**