# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARINI REDDY**<br>　　　　　　**Plaintiff,**<br>**v.**<br>**UNIVERSITY OF PENNSYLVANIA**<br>　　　　　　**Defendant.** | **CIVIL ACTION NO. 22-2689** |

# ORDER

**AND NOW,** this 3rd day of December 2024, it is hereby **ORDERED** that this case is submitted to Magistrate Judge Carol Sandra Moore Wells for a remote settlement conference on **June 5, 2025 at 10:00 a.m.**[1] Judge Wells's Chambers will provide connection information. The parties and/or persons with full authority to settle <u>must</u> participate unless excused in advance by Judge Wells.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**

---

[1] The parties, with permission from Judge Wells, may modify the settlement conference date by up to 14 days without seeking permission from this Court.