IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARINI REDDY** | : | **CIVIL ACTION** |
| | : | |
| **V.** | : | **NO. 22-CV-2689** |

**UNIVERSITY OF PENNSYLVANIA**

## ORDER

**AND NOW,** this 6th day of August, 2025, **IT IS ORDERED** that a Telephone Status Conference in the above matter is scheduled for **Thursday, August 7th, 2025, at 10:30 A.M. Please use the following call-in telephone number to be connected to the conference: 267-817-5858, passcode 841666150#**

BY THE COURT:

S/CYNTHIA M. RUFE
CYNTHIA M. RUFE, J.