IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARINI REDDY** | : | **CIVIL ACTION** |
| | : | |
| **V.** | : | **NO. 22-cv-2689** |

**UNIVERSITY OF PENNSYLVANIA**

## ORDER

**AND NOW,** this 24th day of September, 2025, **IT IS ORDERED** that a Telephone Status Conference in the above matter is scheduled for **Wednesday, September 24, 2025, at 3:30 P.M. Please use the following call-in telephone number to be connected to the conference: 267-817-5858 access code: 352168993#**

                                             **BY THE COURT:**

                                             **S/CYNTHIA M. RUFE**
                                             **CYNTHIA M. RUFE, J.**