IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARINI REDDY** | : | **CIVIL ACTION** |
| | : | |
| **V.** | : | **NO. 22-cv-2689** |

**UNIVERSITY OF PENNSYLVANIA**

### ORDER

**AND NOW,** this 9th day of October, 2025, **IT IS ORDERED** that a Telephone Status Conference in the above matter is scheduled for **Thursday, October 9, 2025, at 3:00 P.M. Please use the following call-in telephone number to be connected to the conference: 267-817-5858 access code 467 599 756#.**

                                            **BY THE COURT:**

                                            **S/CYNTHIA M. RUFE**
                                            **CYNTHIA M. RUFE, J.**