**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HARINI REDDY**<br><br>                    **Plaintiff,**<br><br>            **v.**<br><br>**UNIVERSITY OF PENNSYLVANIA**<br><br>                **Defendants.** | **CIVIL ACTION NO.  22cv2689** |

## ORDER

   **AND NOW,** this 16th day of October 2025, it is hereby **ORDERED** that the hearing scheduled for **Monday, October 20th, 2025** before the Honorable Cynthia M. Rufe is **CANCELED**.

   It is so **ORDERED.**

          **BY THE COURT:**

           **/s/ Cynthia M. Rufe**
          _____
          **CYNTHIA M. RUFE, J.**