**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HARINI REDDY**<br><br>    **Plaintiff,**<br><br> **v.**<br><br>**UNIVERSITY OF PENNSYLVANIA**<br>    **Defendant.** | **CIVIL ACTION NO. 22-2689** |

**ORDER**

 **AND NOW,** this 24th day of March 2026, upon review of Defendant University of Pennsylvania's Motion for Summary Judgment [Doc. No. 59], Plaintiff's Memorandum of Law in Opposition, and Defendant's Reply in support of its Motion, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion [Doc. No. 59] is **GRANTED**. Summary Judgment is **ENTERED** in favor of Defendant as to all remaining claims and issues in the above-captioned case. The Clerk of Court is directed to **CLOSE** this case.

          **BY THE COURT:**

          **/s/ Cynthia M. Rufe**

          _____
          **CYNTHIA M. RUFE, J.**

1