# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-1980

Harini Reddy v. University of Pennsylvania

(U.S. District Court No.: 2:22-cv-02689)

## ORDER

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 22, 2026
JK/cc: James A. Keller, Esq.
Patrick F. Nugent, Esq.
Kruti B. Patel, Esq.
Harini Reddy,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate